UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-840 DSD/SRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARSHA OCHOCKI,

Defendant.

ORDER

This matter comes before the Court following issuance of a bench warrant for defendant’s failure to appear at a court ordered debtor's examination. Defendant has now complied with requests and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 18th day of November, 2004.

s/ J. Earl Cudd
UNITED STATES MAGISTRATE JUDGE