AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

V.

Marsha Ochocki

## WARRANT FOR ARREST

CASE NUMBER: Civil 00-840 DSD/JMM

6241-0918-0898-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Marsha Ochocki

and bring him or her forthwith to the nearest magistrate judge to answer a(n) order charging him or her with failure to appear on May 16, 2002, at 9:00 a.m. pursuant to an order for debtor's examination

Ordered by J. Earl Cudd, United States District Court .

RECEIVED U.S. MARSHAL MPLS., MINN. MAY 28 3 03 PM '02

(By) Julie Rustad, Deputy Clerk

May 21, 2002 - Mpls, Minnesota

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

DATE 11-18-04
RETURNED UNEXECUTED per Dismissal
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY

Name and Title of Arresting Officer

Signature of Arresting Officer

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY**

n:/.../warrant.frm

SCANNED
DEC 6 2004
U.S. DISTRICT COURT MPLS